IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DRAIN M. SHORT #F06028     :
    Plaintiff
             :  CIVIL ACTION NO. JFM-06-1616
  v.
             :
McDONALDS, et al.
    Defendants   :

**MEMORANDUM**

On June 22, 2006, plaintiff Drain M. Short, a federal pretrial detainee, filed a pro se action pursuant to 42 U.S.C. §1983, seeking money damages against employees of a McDonald's Restaurant located in Silver Spring, Maryland. Plaintiff claims that his civil rights were violated on July 7, 2005, by the restaurant manager and cashier who made a racist comment to him. His motion seeking leave to file in forma pauperis shall be granted, pursuant to 28 U.S.C. § 1915(a).

Plaintiff's complaint must be dismissed, pursuant to 28 U.S.C. §1915(e)(2) and *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), because McDonald's Corporation and its employees are not "state actors" amenable to suit under the Civil Rights Act. This dismissal constitutes plaintiff's first in this district under § 1915(e). Plaintiff may be barred from filing future suits in forma pauperis if he accumulates three such dismissals.[1] Accordingly, a separate order shall be

---

[1] *See Departments of Commerce, Justice, and State, the Judiciary, and Related Agencies Appropriations Act of 1996*, § 804(d), which amends 28 U.S.C. § 1915 to include subsection (g):

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

As the Court interprets this provision of the Act (the relevant portions of which are also known as the "Prison Litigation Reform Act" or "PLRA"), once three such dismissals under § 1915(e)(2) or Rule 12(b)(6) of the

entered, dismissing the instant action without requiring service of process on defendants.


 June 26, 2006                                             /s/
Date                                                            J. Frederick Motz
                                                                   United States District Judge

---

Federal Rules of Civil Procedure have been accumulated, a prisoner will be barred from initiating further civil actions in forma pauperis, absent extraordinary circumstances.